**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION**

| | |
|---|---|
| Christopher DiPasquale, | Case No. 1:26-cv-00130 |
| *Plaintiff*, | |
| v. | |
| @JamesBullzs, *et al.*, | |
| *Defendants*. | **Declaration of Evan Cole** |

I, Evan Cole, state and swear as follows.

## I.    Introduction

1.    My name is Evan Cole. I am of sound mind and capable of making this Declaration. I have personal knowledge of the facts stated herein.

2.    I am the Head of Investigations at CyberJustice Law Group. I am experienced in blockchain investigations and am knowledgeable about the tactics of cybercriminals like the Defendants in this case. I hold the Blockchain Intelligence Group Advanced Certified Cryptocurrency Investigator certification, the Lukka Data Solutions Cryptocurrency Asset Investigations I certification, and the Chainalysis Reactor and Chainalysis Cryptocurrency Fundamentals certifications.

## II.    Pig-Butchering Scams

3.    I have reviewed the Verified Complaint filed in this matter, including its factual allegations concerning how the Defendants' scheme was carried out against Christopher DiPasquale. Based on my training and professional experience investigating such scams, the facts alleged in the Complaint are consistent with the characteristics and methods of impersonation scams as I have observed them in my professional work.

## III.    Blockchain Background

4.    I have reviewed the sections of the Complaint concerning blockchain technology, blockchain-tracing methodologies, and crypto-asset recovery methods. Based on my training and experience, I verify that the statements set out there are true and correct.

## IV.    Blockchain Tracing

5.    I used the blockchain tracing tools Chainalysis Reactor, Lukka Investigator, and Blockchain Intelligence Group Compliance Suite in this investigation. I traced Mr. DiPasquale's initial cryptocurrency transfers through the initial receiving addresses provided by the Defendants and identified subsequent asset transfers consistent with known cryptocurrency-related fraud patterns. My analysis revealed that portions of Mr. DiPasquale's traced assets were transferred to deposit addresses associated with Binance, which served as the primary off-ramp for the scheme. These Target Addresses and their associated exchanges are set forth below.

| Target Address | Associated Exchange |
|---|---|
| 1AVDTMEFsKRULM3mjxEHM3idU9dJuYGHhG | Binance |
| 0x4c826ee59fb3d3307dde0bef45aec2886603813e | Binance |

## V.    Open-Source Intelligence Investigation

6.    I conducted an open-source intelligence investigation in this case. I determined that JamesBullzs communicated with Mr. DiPasquale via Twitter, and that X Corp. (formerly known as Twitter) maintains records that may reveal the identity of the relevant account holders. Additionally, analysis of blockchain transactions traced a portion of Mr. DiPasquale's assets to deposit addresses at Binance, Ltd. and Bybit Fintech Limited, both of which are likely to possess details pertaining to the recipients of these assets. These findings are significant because they identify key parties likely to be in possession of biographical and financial information about the perpetrators of the scam.

## VI.    Subpoena Targets

7.    Mr. DiPasquale set out the proposed subpoena targets in the Motion. I explain the connection of each of these subpoena targets to this case below.

8.    These subpoena targets are likely to be in possession of biographical, contact, payments, and/or account-activity information about the Defendants. Businesses like those operated by the proposed subpoena

targets typically maintain such information in databases that allow for straightforward data isolation and export, such that the burden of providing the information requested will be minimal.

| *Subpoena Target* | *Connection to Case* |
|---|---|
| X Corp. (fka Twitter) | JamesBullzs communicated with Mr. DiPasquale via Twitter. X/Twitter will have data about the accountholder(s)' identity. |
| Binance | A portion of Mr. DiPasquale's assets were traced to deposit addresses at Binance. Binance will have information about the accountholders who received these funds. |
| Bybit Fintech Limited | A portion of Mr. DiPasquale's assets were traced to deposit addresses at Bybit. Bybit will have information about the accountholders who received these funds. |

### VII.   Service Targets

9.    I identified the following methods through which the Defendants communicated or transacted with Mr. DiPasquale, and by which they can receive alternate service of process.

| *Target* | *Method* | *Explanation* |
|---|---|---|
| @JamesBullzs | Twitter | @JamesBullzs communicated with Mr. DiPasquale via Twitter. |

[SIGNATURE PAGE FOLLOWS]

VERIFICATION

I, Evan Cole, hereby verify and declare under penalty of perjury that

the foregoing is true and correct.

**Evan Cole**
Head of Investigations
CyberJustice Law Group
evan@cyberjusticelaw.com
2026-05-04