**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**BEAUMONT DIVISION**

| | |
|---|---|
| Christopher DiPasquale, | Case No. 1:26-cv-00130 |
| *Plaintiff,* | |
| v. | |
| @JamesBullzs, *et al.,* | |
| *Defendants.* | **Declaration of Marshal Hoda** |

I, Marshal Hoda, state and swear as follows.

1.     My name is Marshal J. Hoda. I am of sound mind and capable of making this Declaration. I have personal knowledge of the facts stated herein. I represent the plaintiff in this matter, Christopher DiPasquale.

2.     I personally drafted Plaintiff's Emergency Motion for *Ex Parte* Temporary Restraining Order, Preliminary Injunction, Expedited Discovery, and Alternative Service, which sets out facts and offers argument as to why the Court should enter a freezing order in this case without notice to the defendants. I verify the statements set out there and urge the Court to grant the Motion for the same reasons.

- 1 -

- 2 -

## SIGNATURE PAGE

_____

Marshal Hoda
2026-05-04