**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**BEAUMONT DIVISION**

|  |  |  |
|---|---|---|
| CHRISTOPHER DIPASQUALE, | § § § § § § § § | |
| Plaintiff, | § § § | |
|  | § | CIVIL ACTION NO. |
|  | § § | |
| VS. | § | 1:26-cv-00130 |
|  | § § | |
|  | § | Honorable Michael Truncale |
|  | § | |
| @JAMESBULLZS, *ET AL.*, | § § § | |
| Defendants. | § § § § § § § § § § | |

**ORDER GRANTING PLAINTIFF'S EMERGENCY MOTION FOR ALTERNATIVE SERVICE**

Plaintiff has filed Plaintiff's Emergency Motion for Alternative Service (the "Motion"), in which Plaintiff seeks an order authorizing alternative service of process. The Court has reviewed Plaintiff's Motion, the Verified Complaint and the Declaration of Evan Cole (the "Cole Declaration"). For the reasons set out below, Plaintiff's Motion is hereby **GRANTED**.

## I.    Background

Plaintiff's Complaint, which is incorporated herein by reference, sets forth detailed factual allegations concerning a cryptocurrency-related fraud and conversion scheme operated by the Defendants. The Complaint alleges that the Defendants stole assets worth approximately $417,306 from the victim in a "pig-butchering" scam—a form of cryptocurrency fraud in which perpetrators use social engineering to induce victims to transfer assets to fraudulent platforms.

The Cole Declaration attests that the facts alleged in the Complaint are consistent with the investigator's professional experience with pig-butchering scams, and provides blockchain-tracing evidence showing that the victim's assets were transferred to accounts controlled by the Defendants at Bybit and Binance. The Cole Declaration further identifies third parties likely to be in possession of information about the Defendants' true identities and activities, as well as communication channels through which the Defendants may be served.

## II.    Alternative Service

Federal Rule of Civil Procedure 4(f)(3) permits service by any means the Court orders, provided the method is not prohibited by international agreement and is reasonably calculated to give actual notice. The Defendants' physical addresses are unknown despite diligent investigation; accordingly, the Hague Service Convention does not apply. Courts have repeatedly authorized service by alternative means in pig-butchering cases, including by

email, instant message, and other digital channels. The Court finds that Plaintiff's proposed service methods, which use the same communication channels the Defendants used to carry out their scheme, are reasonably calculated to give the Defendants actual notice of these proceedings.

### III.   Relief Granted

The Court finds that Plaintiff's request for authorization to serve the Defendants by alternative means should be granted for the reasons set out in the Motion. Plaintiff is authorized to serve the Defendants by the following methods:

| Target | Method |
| --- | --- |
| @JamesBullzs | X (fka Twitter) |

Service by the above methods shall constitute effective service of process on the Defendants for all purposes in this action.

**SO ORDERED**.

SIGNED this _____ day of _____, _____.


_____
Honorable Michael Truncale
United States District Judge


 Dated:  2026-05-06                             Prepared By:

CYBERJUSTICE LAW GROUP

Marshal J. Hoda, Esq.
Tx. Bar No. 24110009
3120 Southwest Fwy
Ste 101 PMB 51811
Houston, TX 77098
o. (832) 848-0036
marshal@cyberjusticelaw.com


*Attorney for Plaintiff*