UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| Christopher DiPasquale, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| VS. | § | |
| | § | CIVIL ACTION NO. 1:26-cv-00130 |
| JamesBullzs, *et al.*, | § | JUDGE Michael Joseph Truncale |
| | § | |
| *Defendants*. | § | |
| | § | |
| | § | |

## ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TEMPORARY RESTRAINING ORDER

Before the Court is a Motion to Extend Temporary Restraining Order ("TRO") submitted by Plaintiff Christopher DiPasquale. On May 13, 2026, the Court granted Plaintiff's request for a 14-day TRO ordering the freezing of blockchain addresses holding assets that Mr. DiPasquale alleges were stolen from him by the Defendants. Dkt. 6. If not extended, the TRO will expire on May 27, 2026.

In the instant Motion, Plaintiff requests a 14-day extension of the TRO so that he might have additional time to receive a response to his expedited discovery, to file a renewed motion for alternate service on the accountholder associated with the targeted blockchain addresses, and to provide notice of the hearing on his requested preliminary injunction.  Federal Rule of Civil Procedure 65(b)(2) provides for extension of a temporary restraining order "for good cause." Plaintiff has shown good cause for the extension due to his

- 2 -

need for additional time to serve the accountholder and provide notice of the forthcoming motion for preliminary injunction. Accordingly, the Court **GRANTS** the motion and **EXTENDS** the TRO. The TRO will expire on June 10, 2026.

The preliminary injunction hearing previously set for May 22, 2026 at 2:00pm Central Time is hereby canceled. The preliminary injunction is now scheduled for _____ in Courtroom 2, Jack Brooks Federal Courthouse, 300 Willow Street, Beamont, Texas.

- 3 -

Dated:  May 22, 2026

Prepared By:

THE HODA LAW FIRM, PLLC

_____

Marshal J. Hoda, Esq.
Tx. Bar No. 2411009
3120 Southwest Fwy
Ste 101 PMB 51811
Houston, TX 77098
o. (832) 848-0036
marshal@thehodalawfirm.com


*Attorney for Plaintiff*