UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

CHRISTOPHER DiPASQUALE,          §
                                 §
    *Plaintiff,*                    §
                                 §
VS.                              §     CIVIL ACTION NO. 1:26-CV-00130
                                 §     JUDGE MICHAEL TRUNCALE
JAMESBULLZS, *et al.,*           §
                                 §
    *Defendants.*                   §

## ORDER EXTENDING TRO

On May 13, 2026, the Court granted Plaintiff's request for a 14-day TRO freezing cryptocurrency exchange accounts that Plaintiff alleges contain assets stolen from Plaintiff by the defendants in this matter. [Dkt. 6]. The Court set a preliminary injunction hearing for May 22, 2026, but subsequently continued it to June 2 due to unforeseen circumstances involving Plaintiff's counsel. Plaintiff now moves to extend the TRO for fourteen (14) days to account for the changed hearing date.

After reviewing Plaintiff's Motion, the Court **GRANTS** the same. It is therefore **ORDERED** that the TRO shall remain in place until 5 p.m. on June 10, 2026.

**SIGNED this 22nd day of May, 2026.**

_____
Michael J. Truncale
United States District Judge