UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| CHRISTOPHER DIPASQUALE, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:26-cv-00130 |
| | § | JUDGE MICHAEL J. TRUNCALE |
| JAMESBULLZS, the BYBIT OFF- | § | |
| RAMP DEFENDANT; the | § | |
| BINANCE OFF-RAMP | § | |
| DEFENDANT; and JOHN DOES 1 - | § | |
| 20, | § | |
| | § | |
| *Defendants*. | § | |

## ORDER SETTING PRELIMINARY INJUNCTION/EVIDENTIARY HEARING

PLEASE BE ADVISED AND TAKE NOTICE that an Evidentiary-Preliminary Injunction Hearing is set before this Honorable Court on **June 9, 2026 at 11:00 a.m. in Courtroom 2, Jack Brooks Federal Courthouse, 300 Willow Street, Beaumont, Texas**.

In-person attendance is required.

**SIGNED this 2nd day of June, 2026.**

Michael J. Truncale
United States District Judge