**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**BEAUMONT DIVISION**

| | |
|---|---|
| Christopher DiPasquale, | |
| *Plaintiff,* | Case No. 1:26-CV-00130 |
| v. | |
| JamesBullzs, *et al.*, | **Proof of Service** |
| *Defendants.* | |

I, Evan Cole, state and swear as follows.

I hereby certify that on June 8, 2026, I served Ethereum address 0x4c82... with re-notice of the upcoming Preliminary Injunction Hearing via NFT transfer. The transaction hash of the NFT transfer is 0x8a56097e25fde4109fb226917d29d84bfd883a125eec283edb0e674cef9dec55.

- 1 -

## VERIFICATION

I, Evan Cole, hereby verify and declare under penalty of perjury that the foregoing is true and correct.

_____
Evan Cole
The Hoda Law Firm, PLLC

Dated:    June 8, 2026

- 2 -