**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**BEAUMONT DIVISION**

|  |  |  |
|---|---|---|
| CHRISTOPHER DIPASQUALE,<br><br>Plaintiff,<br><br>VS.<br><br>@JAMESBULLZS, *ET AL.*,<br><br>Defendants. | § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO.<br><br>1:26-cv-00130<br><br>Honorable Michael J. Truncale |

**ORDER GRANTING PLAINTIFF'S EMERGENCY MOTION**

**FOR PRELIMINARY INJUNCTION**

Plaintiff has filed Plaintiff's Emergency Motion for Preliminary Injunction (the "Motion"), in which Plaintiff seeks a conversion of the Temporary Restraining Order previously ordered in this case into a preliminary injunction. The Court has reviewed Plaintiff's Motion, the Verified Complaint, the Declaration of Evan Cole (the "Cole Declaration"), and the Declaration of Marshal Hoda. The Court has also heard arguments

- 1 -

from Plaintiff's counsel concerning why a Preliminary Injunction is warranted in this case. For the reasons set out below, Plaintiff's Motion is hereby **GRANTED**.

### I.  Background

Plaintiff's Complaint, which is incorporated herein by reference, sets forth detailed factual allegations concerning a cryptocurrency-related fraud and conversion scheme operated by the Defendants. The Complaint alleges that the Defendants stole assets worth approximately $417,306 from the victim in an impersonation scam—a form of cryptocurrency fraud in which perpetrators use social engineering to induce victims to reveal private information leading to the theft of their assets.

The Cole Declaration attests that the facts alleged in the Complaint are consistent with the investigator's professional experience with impersonation scams, and provides blockchain-tracing evidence showing that the victim's assets were transferred to accounts controlled by the Defendants at Bybit and Binance.

### II.  Relief Granted

Plaintiff has submitted evidence tracing the assets allegedly stolen from the victim to deposit addresses at the following cryptocurrency exchanges (the "Receiving Addresses"):

| Exchange | Address |
|----------|---------|
| Binance | 0x4c826ee59fb3d3307dde0bef45aec2886603813e |

- 2 -

| Binance | 1AVDTMEFsKRULM3mjxEHM3idU9dJuYGHhG |
|---------|-------------------------------------|

For the reasons set out in the Motion, the Court finds that the accounts associated with these deposit addresses should remain frozen. Accordingly, the Court hereby **ORDERS** that Defendants and their agents, servants, employees, attorneys, partners, successors, assigns, and all other persons or entities through which they act or who act in active concert or participation with any of them, who receive actual notice of this Order by personal service or otherwise, whether acting directly or through any trust, corporation, subsidiary, division or other device, or any of them, are hereby restrained from withdrawing, transferring, or encumbering any assets currently held by, for, or on behalf of the persons controlling the accounts associated with the above-listed Receiving Addresses, or any business entity through which they act or which acts in active concert or participation with them; including but not limited to those assets currently held at or for the Receiving Addresses. This injunction shall remain in effect through trial.

A status conference regarding this matter shall be set for on or around six months from the date of this order.

**SO ORDERED**.

- 3 -

- 4 -

Dated:  2026-05-06                          Prepared By:


CYBERJUSTICE LAW GROUP

_M. Hoda_

_____

Marshal J. Hoda, Esq.

Tx. Bar No. 24110009

3120 Southwest Fwy

Ste 101 PMB 51811

Houston, TX 77098

o. (832) 848-0036

marshal@cyberjusticelaw.com


Alexander J. Crous, Esq.
Tx. Bar No. 24136488
3120 Southwest Fwy
Ste 101 PMB 51811
Houston, TX 77098
o. (484) 624-9261

*Attorneys for Plaintiff*